UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hafeez Saheed

Write the full name of each plaintiff.

17 CV 4306

(Include case number if one has been assigned)

-against-

Do you want a jury trial?

☐ Yes ☐ No

NYC Dept of Education
Sgt. Reyes Wanda, Mina;
Dr. Findling, LT. Freeman.

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

RECEIVED
SDNY PRO SE OFFICE
2017 JUN -7 PM 2:59
S.D. OF N.Y.

# I. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Hafeez — Saheed

First Name | Middle Initial | Last Name

973 E 221 Street

Street Address

Bronx — NY — 10469

County, City | State | Zip Code

347376 85233 — hsaheed@gmail.com

Telephone Number | Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1: NYC DEPT OF EDUCATION

Name

Address where defendant may be served

65 Courts Street / 52 Chambers Street

County, City | State | Zip Code

NY — 1001

Defendant 2:

Name

Address where defendant may be served

County, City | State | Zip Code

Defendant 3:

Name

Address where defendant may be served

County, City State Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Name 131 Livingston Street

Address

County, City Brooklyn State NY Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race: Black African decent

☐ color:

☐ religion:

☒ sex: Male

☒ national origin: Nigerian

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: African American

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: ____________________

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: ____________________

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: ____________________

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

____________________

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☒ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☒ retaliated against me
- ☒ harassed me or created a hostile work environment
- ☐ other (specify): ______________________

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Since I was posted to 131 Livingston under the Supervision of Sgt. Reyes Wanda it had been a horrific expence. When I ask a question I was Labelled Trouble- Of all my years Since Birth This experience (torture) has been my 34years Never forgotten event. It was a joint effort with the HR, Administrative Officials and my Immediate Supervisor to stiffen the torture.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? ______________________

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice? 06/02/2017

When did you receive the Notice? 06/04/2017

☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☒ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

It has been a therapeutic journey Since then to reedeem myself and my name. I lost So much in my Life journey

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated

Plaintiff's Signature

Hafeez

First Name

Middle Initial

Saheed

Last Name

973 E 221 Street

Street Address

Bronx

County, City

NY

State

10469

Zip Code

347 376 52232

Telephone Number

hsaheed@gmail.com

Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Hafeez Saheed**
**973 E. 221 Street**
**Bronx, NY 10469**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2017-02304** | **Ashraf Ahmed, Investigator** | **(212) 336-3781** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Kevin J. Berry
**Kevin J. Berry,**
**District Director**

6/2/2017
*(Date Mailed)*

Enclosures(s)

cc: **Robin Singer**
**Associate Counsel**
**NYC DEPT OF EDUCATION**
**52 Chambers Street**
**Room 308**
**New York, NY 10007**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

### PRIVATE SUIT RIGHTS -- Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

(9)

Discrimantory Events at NYC DOE DEPT.

I was Considered employment and actually Employed on 12/19/2016. I was given Little or NO Information Upon Hire (Time-cards, Employment Retirement Kits, Employee login Information/Email). During the Course of my employement. I had to find out the required informations from online or from hear-Says I never wanted to delay my opportunities and membership because Some are Automatic deductions.

Due to my inquisitory approach I became the evil, problematic, different Big mouth Opinoated New guy of the department.

I started working under Sgt. @ 65 Courts street. Everything went great. I was transfered to 131 Livingston Under Sgt. Reyes Wanda. Who promised to make my term of employment Short and horrible and She did.

I came to DOE due to discrimination from NYCDCAS. AT DOE i mentioned all that happened

I was from a More functional Dept. Well organized but at DOE all Was in transition or were obsolete Everyone at NYC DOE were mostly Veterans and almost retiring So the didn't like Changes.

My Sgt. Reyes and I were Very close at 1st Untill She Changed due to female peep talks i had no idea what it was. I was the Only guy on the morning shift Until (2) other Male offices joined the tour. Sgt. Reyes Changed and became evil in all her actions which started affecting the job.

The Administrator DR. Findlay, Mina and LT. Freeman also started Showing their disgust due to reports and talks that went back because the LT. Freeman frequent 131 Livingston.

1stly It was African Men treat women bad. African Men don't Respect women don't talk orders from women. African Men are Abusive all the time the Sgt. Reyes Start the conversation..

2nd I get put in post am not Suppose to be put alone but she taught She was making my life miserable but instead disturbing work.

DR. Findlay thinks everyone is a Nobody and often tell me he doesn't Care but he's telling me what he wants. My time-Sheet, my inquiry never gets responded to. I was Late one day i did all within the guide lines and DR. Findlay tells me he would not acknowledge or pay me for that Lateness until he calls one of his Big Shots Friends in high places in M.TA to Confirm my excuse Lateness due to Train fault. The Administration had Several meetings with me over different periods and I always Let them Know the issues.

Before Termination I had mentioned to DR. Findlay about the Insults Plus very horrible actions of Sgt. Reyers and LT. Freeman. But nothing was done to it.

The Composed Lies as Write-ups and told me to sign before termination But I refused. but when I went to EEO to report I was told to report to my Supervisor. Then Still I was Terminated

1200 R5 10-98 - 10-63 ——— ℘
1230 R5 10-84 p.2 ——— ℘
1300 R5 P.2 C/99 ——— ℘
1400 R5 P.2 C/99 ——— ℘
1500 R5 P.2 C/99 ——— ℘
1530 E.O.T ——— ℘

FRIDAY 2/3/17
131 Livingston
0700 X 1530
40°
0630 officer Arrives @ 131 Livingston
0644 R/S Clocked in ——— ℘
0700 R5 @ P.2 ——— ℘
0800 R5 P.2 C/99 ——— ℘
0836 Sgt. Reyes called and asked for a blue bage be removed from the front of Camera. I responded What blue bag. She stated are you "Retarded". I said I was she said don't be sarcastic at the End nothing was obstructing I don't like such manner of Communication. it happens all the time. I shall speak to her ℘

30

1/5/17

Socks.
Time Card.
Conference (Mmia, L.T.

1/11/17

Unauthorized Entry.

1/26/17

Director, LT & Deputy meeting.

02/07/17

She too

Saw Sgt. Reyes. She stated
was was wrong with my Radio
I said nothing she took my
Radio and said again
am done with you in same
manner of hers "You will get
Written up and out of here"
Officer Grant brought it
Back.

1405 - I wireless 807.
tried to contect officer
H. Saheed four time no
Answer. I come to P-2
only to find Saheed with
eyes close Radio off
I said why is your
Radio off he said it's
not off I said why you
didn't answer I called
you four times he said
I didn't heare you

0800 RS P.2 c/99 ——— S
0900 RS P.2 c/99 ——— S
0907 RS 10-62 ——— S

Upon arriving at the Security office I met LT Freeman and Sgt. Reyes in there. LT Asked me that why did I put the phones on Conference. I responded What do you mean. He Said Sgt. Said I put the phones on Conference. I Stated that is why I have been requesting to speak to the officials. The Level of Harassment Intimidation. Accuses deaths Insubordination False allegations. All of these are things and Situation am encountering from my Sgt. While on my 62 she also called me to warn me to Stop ears dropping a Conscience guilt she Seriously Suffers from at all times when she does



1000 uniform inspection
1100 ~~RS with~~ R.5 P.1
1200 R5 P.1 C/99
1210 R5 10-98 P.1 → 63
1239 R5 10-84 P.2
1300 R5 P.2 C/99
1400 R5 P.2 C/99
1500 R5 P.2 C/99
1530 R5 E.O.T.

Tuesday 02/7/17
131 Livingston
0700 X 1530
38° Raining
0630 Officer @ 131 Livingston
0700 R5 P.2 C/99
0800 R5 P.2 C/99
0900 R5 P.2 C/99
0906 R5 10-98 P.2 - 62
0919 - As per Dep. Mina Peace Officer Training as of 2/21/17 - 3/15/17 Johnson in Manhattan - advised he wishes to take vacation those days will not be granted due to training
0916 R5 - 10-84 patrol
0925 R5 on patrol of floors

said you didn't cause your radio is off He said
no its not I checked it
it was off sleeping on
post and radio off.
As per Dep. Mina report
to 335 Adams St.

1500 R5 10-[illegible] 431
1503 R5 10-84 335 Adams
1515 Deputy Mina instructed to return to post to regular routine.
1520 R5 10-84 131 Livingston
R5 10-84 P.2
1530 R5 E.O.T

Thursday 2/9/17
131 Livingston
0700 X 1500
32° Snowing
0632 Officer arrives 131 Livingston
0645 Clocked Inn
0700 R5 P.2
Sgt. Reyes Informed me that the disorderly Individual from 2/8/17 mother has filed a Complaint about me

1054 I Received a Land Line Call for P.2 officer Grant informing that Sgt Reyes Left my radio at P.2 and that she was going to write me up for that. I asked why she left the radio at P.2 but to no avail.

1100 SAHEED HAS NO RADIO CALLED FOR PATROL TO NO AVAIL NO ANSWER NO COMMUNICATION R2 INFORMS ME THAT THE RADIO IS IN BACK POST DOSE NOT SAFEGUARD THE RADIO - C/99

1102 Officer R5 @ P-1 still with no radio

1104 Sgt Reyes brough back my radio to post 1

11:38 R5 10-98 post 1

1138 R5 on Patrol of floors

1155 floors Reports of floors 6 thru 2 was reported

C/99

1200 officer Saheed on a 10-63

1230 R15 respondet to 131 back post 3.

1230 R5 - 10-84 P-2

1300 R5 P.2 C/99

1400 R5 P.2 C/99

1500 R5 - P.3 — C/99 — 8
1536 R5 E.O.T — 8

Wedsnesday 02/01/17
131 Livingston
0700 X 1530
40° Cloudy
0620 officer Arrives 131 Livingston
0641 R5 Ready for duty — 8
0700 R5 @ post 2 — 8
0820 - Uniform Inspection
Received new schedule/rdays
(RDO)
0900 R5 - R3 C/99 — 8
0950 R5 - 62 — 8
10.08 R5 - 10-84 P.1 — 8
Sgt took my Radio from the Podium. I secured it under her guidance because i was settling in for Post change and i needed a jacket. Went to pick up my jacket She took my radio. I advised / Informed her she took my radio but she disregarded Stating "I will write you up again" Every time she needs reasons to write me up even for no reasons she will articulate a write up. Its a Norm now i guess.

08/08/17

[illegible] all floors

0950 RS 10-84 P.3

1000 RS P.1 C/99

1129 Visitor Johnson Loron Came into the building with Little or no Information about his where about. I requested for name of host or Ext # male was disgruntled ~~[illegible]~~ was advised that inorder to proceed an ~~Contract~~ position most be made to his host. Sgt. Reyes was notified She advised I call ext 5661 Ms. Nichole advised i call ext 2596. I was advised to call ext 4326 and told to let him go to Room 404. Male was erratic and Very Rude ~~[illegible]~~ made threats. Sgt. responded and descaleded the Situation

1200 RS 10-98 P1 - 63

1227 Attempted to Speak to Sgt. but she stated cannot going to get a write-up and It seems I don't want to work here

1227 I attempted to Speak to LT. Marcail

34