UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAFEEZ SAHEED

Write the full name of each plaintiff.

17 CV 4306

(Include case number if one has been assigned)

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, SGT. REYES WANDA, MINA, DR.
FINDLAY, LIEUTENANT FREEMAN

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/17

AMENDED
EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| HAFEEZ | | SAHEED |
|---|---|---|
| First Name | Middle Initial | Last Name |

973 E221 Street
Street Address

| Bronx | NY | 10469 |
|---|---|---|
| County, City | State | Zip Code |

| 347 376 5233 | hsaheed@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1: **NEW YORK CITY DEPARTMENT OF EDUCATION**
Name
65 Courts Street/ 52 Chambers Street
Address where defendant may be served

| | NY | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:
Name

Address where defendant may be served

| | | |
|---|---|---|
| County, City | State | Zip Code |

Page 2

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City           State           Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

NYC DOE.
Name

~~973 E 221~~ 65 Courts Street.
Address

Brooklyn                NY
County, City           State           Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race: Black African American

☒ color: Black

☐ religion: _____

☒ sex: Male

☒ national origin: Nigerian

- [x] **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: __African American_____

- [ ] **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____

- [ ] **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

- [ ] **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: _____

- [ ] **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B. Other Claims**

In addition to my federal claims listed above, I assert claims under:

- [x] **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

- [x] **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

- [ ] Other (may include other relevant federal, state, city, or county law): _____

IV. STATEMENT OF CLAIM

A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☒ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☒ provided me with terms and conditions of employment different from those of similar employees
- ☒ retaliated against me
- ☒ harassed me or created a hostile work environment
- ☐ other (specify): _____

B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

**Please see attached.**

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

 ☒ Yes (Please attach a copy of the charge to this complaint.)

  When did you file your charge? _____

 ☐ No

Have you received a Notice of Right to Sue from the EEOC?

 ☒ Yes (Please attach a copy of the Notice of Right to Sue.)

  What is the date on the Notice?   **June 2, 2017**

  When did you receive the Notice?   **June 4, 2017**

 ☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

 ☐ direct the defendant to hire me

 ☒ direct the defendant to re-employ me

 ☐ direct the defendant to promote me

 ☐ direct the defendant to reasonably accommodate my religion

 ☐ direct the defendant to reasonably accommodate my disability

 ☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)
  **Back pay, front pay, emotional damages.**

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

12/03/2017
Dated

Plaintiff's Signature: Saheed

First Name: Hafeez
Middle Initial:
Last Name: Saheed

Street Address: 973 E 221 Street
County, City: Bronx
State: NY
Zip Code: 10469

Telephone Number: 347 376 5233
Email Address (if available): hsaheed@gmail.com

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

## Saheed, Hafeez
Name (Last, First, MI)

973 E, 221 Street        Bronx           NY              10469
Address                  City            State           Zip Code

347 376 5233             hsaheed@gmail.com
Telephone Number         E-mail Address

_____        _____
Date                       Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Hafeez Saheed**<br>973 E. 221 Street<br>Bronx, NY 10469 | From: **New York District Office**<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2017-02304 | **Ashraf Ahmed,**<br>Investigator | (212) 336-3781 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     6/2/2014
Kevin J. Berry,               (Date Mailed)
District Director

Enclosures(s)

cc:    **Robin Singer,**
**Associate Counsel**
**NYC DEPT OF EDUCATION**
**52 Chambers Street**
**Room 308**
**New York, NY 10007**

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

1. My name is Hafeez Saheed, and I am an African American black man. My national origin is Nigeria. I was an employee at the New York City Department of Education (the "Defendant" or the "DOE") from December 2016 to March 2017. I was hired by the Defendant as a Special Patrol Officer, and my primary job responsibilities are maintaining order and providing security services to the Administrative offices of the DOE. During my time there, because of my race, gender and national origin, I was subject to a hostile work environment and discrimination. After I engaged in protected activity by complaining about the illegal mistreatment, I was terminated and retaliated.

2. Shortly after I started my employment with the Defendant at December 2016, I was placed to work under the supervision of Sergeant Wanda Reyes, who is Hispanic.

3. During my employment with the Defendant, I was the frequent target of discriminatory behavior based on my race (African American), color (Black), national origin (Nigeria) and gender (male).

4. My supervisor, Sergeant Wanda Reyes, made a series of discriminatory comments based on my race, color, national origin and gender throughout my employment with the Defendant.

5. For example, Sergeant Wanda Reyes stated to me that all African men are sexist and abusive to women.

6. Sergeant Wanda Reyes also stated to me that African men do not like to take orders from women. In addition, Sergeant Wanda Reyes stated to me that, if I felt that I could not deal with the fact that I needed to take orders from a woman, I should quit the job or she would write me up over disciplinary matters until I get fired.

7. On one occasion, Sergeant Wanda Reyes said to me that she disliked the delivery man because he was of Nigerian national origin.

8. In addition, Sergeant Wanda Reyes said to me that her hatred of African American men is particularly true when it comes to African American men of Nigerian origin. According to Sergeant Wanda Reyes, African American men of Nigerian origin are inherently "macho", "abusive" and "arrogant".

9. Because I am an African American man of Nigerian origin, my supervisor, Sergeant Wanda Reyes enforced department policies against me that would not be enforced on my non-African American peers.

10. For example, shortly after I began my employment with the Defendant on December 2016, Sergeant Wanda Reyes criticized me for not wearing a utility belt on a number of occasions. I was "written-up" by Sergeant Wanda Reyes for not wearing a utility belt on these occasions.

11. According to one of my supervisors, Sergeant Wright, even though the Defendant has a policy that a patrol officer should wear a utility belt, the policy is not enforced before an employee receives the first paycheck. The reason for this grace period is that employees are financially responsible for purchasing their utility belts.

12. Despite this grace period, I was "written-up" by Sergeant Wanda Reyes for not wearing security belt before I received my first paycheck.

13. On January 9, 2017, I was late to work because of MTA's system-wide subway delays. I followed my job guidelines and I called the office about my delay in transit.

14. Despite my efforts to make it on time to work, I was thirty minutes late. Sergeant Wanda Reyes asked that I go to the MTA office for a certificate of subway delay.

15. I followed Sergeant Wanda Reyes's request, and I obtained a printed copy of subway delay from the MTA office. I presented the copy to Sergeant Reyes, which Sergeant Reyes forwarded to Dr. Findlay (who is the assistant director of the security department). Dr. Findlay nevertheless wrote it in my log book and later the Defendant refused to pay for the hours when I was late.

16. On January 11, 2017, I was unfairly punished for letting a student into the 4TH floor of the building located at 131 Livingston Street, New York. A student came into the building and requested to go up to the 4th floor to attend an after school program. I asked this student to provide identification before I would allow him access to the elevator. This student refused to follow my request.

17. Because the student refused to provide identification, I contacted my supervisor, Sergeant Wanda Reyes, about this incident. Sergeant Wanda Reyes sent another officer to the scene. Unfortunately by then, the student had gone into the elevator (without permission). Sergeant Wanda Reyes later wrote me up for this incident.

18. On January 27, 2017, I reported Sergeant Wanda Reyes's discriminatory behavior towards me to the Defendant's administrative and training office located at 335 Adams Street. I was told that my complaint would be looked into.

19. On February 1, 2017, when I was on duty at 131 Livingston Street, Sergeant Wanda Reyes suddenly came out of her office and took my radio from the podium.

20. I was shocked by her act of taking my radio. I asked her why she took the radio from me, to which she replied, "Shut up and I am going to write you up for not having a radio." I have a witness for this incident, my fellow officer Grant.

21. On February 3, 2017 at about 8:36 am, Sergeant Wanda Reyes called me and wrongfully accused me of putting a blue bag over the security camera. Hearing about this accusation, I was shocked and confused because I was standing next to the security camera and no bag was covering the security camera.

22. I replied to her accusation by asking what she means, to which she replied by calling me "retard" and she further accused me of destroying government property. She also threatened to write me up for "covering the camera."

23. On February 8, 2017, a teenaged visitor named Johnson Lorron came to the building with little information about whom he was paying a visit. He said that he would call his mom and I could thereafter speak with her.

24. I spoke with his mother and she did not provide correct information on why her son needed access to the building.

25. At that point, this teenager became angry and he threatened and insulted me. I promptly called Sergeant Wanda Reyes and reported this incident.

26. Sergeant Wanda Reyes came out of her office and she arrived at the scene when this teenager was making threats of beating me up.

27. Despite Sergeant Wanda Reyes heard about the insults towards me by this teenager, she went on and told me that she would "write me up" until I would get fired. Later, I learned that Sergeant Wanda Reyes told this teenager's mother to file a complaint against me.

28. Later that day at around 2pm, Sergeant Wanda Reyes came out of her office and took my radio away from me again. She became angry upon seeing that I was adjusting the volume of my radio. She made up an excuse for her dislike towards me and she accused me of sleeping while I was on job duty. Again, she stated that she would write me up until I would get fired.

29. Fortunately there was a security camera above my desk, and it should show that I was not sleeping at that time. I went on to report Sergeant Wanda Reyes's false accusations against me to the Defendant's administrative officer Lieutenant Freeman, but nothing has happened.

30. Because of Sergeant Wanda Reyes's discriminatory behavior towards me, I thought that it would be better if I quit my job. I started inquiring about procedures for quitting my job in mid-January, 2017. Shortly therefore, the director of security, Mark Rampersant, asked why I wanted to quit, to which I reported that Sergeant Wanda Reyes constantly discriminated against me.

31. In February 2017, I complained about Sergeant Wanda Reyes's discriminatory conduct towards me to the Defendant's internal EEO Department. I was told by the EEO Department that I should instead complain to my supervisor, Lieutenant Freeman.

32. In March 2017, I wrote an email to my supervisors, including Dr. Findlay, explaining my frustration with my complaint to the EEO Department.

33. On March 2nd 2017, Dr. Findley wrote back to me acknowledging receipt of my complaint and offering to help file my complaint on Sergeant Wanda Reyes's discriminatory conduct. Nevertheless, I was terminated on March 6, 3017, a few days after these email exchange.

34. In addition, on March 2nd, 2017, the same day that Dr. Findley offered to help file my complaint against Sergeant Wanda Reyes, I was given four notices of violations from supervisor Julius Freeman. These four notices alleged that I had acted unprofessionally and violated my duties as a special patrol officer from January 11, 2017 to February 8, 2017. But I was not given these notices until March 2nd, 2017, the same day that Dr. Findley wrote back to me about my complaint against Sergeant Wanda Reyes. On March 6th, 2017, I was terminated because I had "too many write-ups." The timing raises the inference that these accusations were a pretext for terminating me because of my complaint about Sergeant Wanda Reyes's discriminatory behavior as well as because of her discriminatory animus towards me.

*This fact section was drafted with the assistance from the NYLAG *Pro Se* Legal Clinic.